IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA EUGENIA PRADO DE VEGA, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> EP-15-CV-00058-KC |

## ORDER

On this day, the Court sua sponte considered the above-captioned case (the "Case"). In its Scheduling Order, ECF No. 3, the Court ordered the parties to provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than August 13, 2015. *Id.* at 2. The parties failed to submit the required written notice.

It is therefore **ORDERED** that the parties submit written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than August 26, 2015.

**SO ORDERED.**

SIGNED this 21st day of August, 2015.

*/s/ Kathleen Cardone*
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE